UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-18, )<br>)<br>    Defendants. )<br>_____) | Case No: 3:12-cv-00336-UAMH-JBT |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE 10 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, John Doe 10 from this action with prejudice. John Doe 10 was assigned the IP Address 98.231.67.156. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant, John Doe 10 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                              Respectfully submitted,

                              By: /s/ *M. Keith Lipscomb*
                                   M. Keith Lipscomb (429554)
                                   klipsomb@lebfirm.com
                                   LIPSCOMB EISENBERG & BAKER, PL
                                   2 South Biscayne Blvd.
                                   Penthouse 3800
                                   Miami, FL 33131
                                   Telephone: (786) 431-2228
                                   Facsimile: (786) 431-2229
                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 12th day of June, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

                   By: /s/ *M. Keith Lipscomb*
                     M. Keith Lipscomb