THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| MALIBU MEDIA, LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 3:12-cv-336-UAMH-JBT |
| JOHN DOES 1-18, | : |
| Defendants. | : |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

Comes now, John Doe 11 identified by the IP address 98.244.205.215, by and through undersigned counsel, and files this Notice that a Motion to Quash was Filed in Related Action styled *Malibu Media, LLC v. John Does 1-18* , Case No. 1:12-cv-03269, in the United States District Court for the District of New Jersey.

Respectfully submitted,

TAMAROFF & TAMAROFF, P.A.
The Alfred I. DuPont Building
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel: (305) 403-2020
Fax: (305) 403-2021
dan@tamarofflaw.com

By: /s/ Daniel F. Tamaroff            .
**Daniel F. Tamaroff**
Florida Bar No. 92083
dan@tamarofflaw.com
David F. Tamaroff
Florida Bar No. 92084
david@tamarofflaw.com
*Attorneys for John Doe 11*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By: /s/ Daniel F. Tamaroff             .
**DANIEL F. TAMAROFF**