UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                               CASE NO. 3:12-cv-336-J-99MMH-JBT

JOHN DOES 1-18,

    Defendants.
_____/

**ORDER**

    **THIS CAUSE** is before the Court on John Doe 11's Motion to Sever & Dismiss and/or Issue a Protective Order ("Motion") (Doc. 16), in which Defendant John Doe 11 seeks to sever and dismiss Defendants John Does 2 through 18, and/or a protective order of John Doe 11's personally identifying information in connection with the subpoena directed at Comcast Corporation.

    It has come to the Court's attention that similar motions have been filed by other John Doe defendants in similar cases recently filed by the same Plaintiff in this District. Upon review of these filings, the Court finds it appropriate to order Plaintiff to file a response to this Order addressing the distinction, if any, between the present case and *Malibu Media LLC v. John Does 1-19*, 3:12-cv-335-J-99TJC-MCR, and explaining why these two actions were filed as separate cases. Plaintiff's response to this Order should not include any additional arguments regarding the pending

1

Motion.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 16**) is **TAKEN UNDER ADVISEMENT**.

2. **On or before July 5, 2012**, Plaintiff shall file a response, limited to **five (5) pages**, to this Order.

**DONE AND ORDERED** at Jacksonville, Florida, on June 25, 2012.

/s/ Joel B. Toomey
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

Any Unrepresented Party