**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MALIBU MEDIA, LLC,

        Plaintiff,

vs.                              Case No.  3:12-cv-336-J-99MMH-JBT

JOHN DOES 1 - 18,

        Defendants.

_____/

## O R D E R

    **THIS CAUSE** is before the Court on Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 11 Only (Dkt. No. 26; Notice) filed on June 26, 2012. In the Notice, Plaintiff seeks dismissal, with prejudice, of the claims raised against Defendant John Doe 11.  <u>See</u> Notice at 1.  Upon review of the docket, the Court notes that this Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    The claims raised against Defendant John Doe 11 are **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate this Defendant from the Court docket.

3.      The Clerk of the Court is further directed to terminate John Doe 11's Motion

to Sever & Dismiss and/or Issue a Protective Order (Dkt. No. 16).

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of June, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record