**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOES 1-18, )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 3:12-cv-00336-UAMH-JBT |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN
WHICH IT HAS TO EFFECTUATE SERVICE ON DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which to effectuate service on Defendants, and states:

1. This is a copyright infringement case against John Doe Defendants known to Plaintiff only by an IP address. The true identities of the Defendants are known by their respective Internet service providers ("ISPs").

2. On April 18, 2012, Plaintiff was granted leave to serve third party subpoenas on Defendants' ISPs to obtain the identifying information for each Defendant [Dkt. #10].

3. On the same day, Plaintiff served subpoenas on Comcast Cable and Verizon Internet Services. The deadline for the ISPs to respond was June 4, 2012.

4. Plaintiff has received the identities for all Defendants with the exception of John Doe 8, who is the last remaining Defendant. Comcast withheld Doe 8's identity because this Defendant allegedly filed a Motion to Quash. After a review of the docket however, it is evident that this Defendant did not file a motion. Plaintiff will communicate this information to Comcast in order to obtain Defendant's information.

5. Pursuant to Rule 4(m), Plaintiff is required to serve Defendants with a summons and Complaint by no later than today, July 26, 2012.

6. As Plaintiff is not in possession of Defendant's identity, it has been unable to serve Defendant in compliance with the Rule 4(m) deadline.

7. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional thirty (30) days, or until August 27, 2012.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until August 27, 2012.

Dated: July 26, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ <i>M. Keith Lipscomb</i>

## SERVICE LIST

U.S. District Court<br>
Middle District of Florida<br>
Civil Case No. 3:12-cv-00336-UAMH-JBT

1. Plaintiff does not yet have Defendants' names or addresses.