UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                       CASE NO. 3:12-cv-336-J-99MMH-JBT

JOHN DOES 1-18,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant (Doc. 30). Upon review of the docket, the Court finds that a hearing will assist the Court in resolving the Motion. Plaintiff should also be prepared to discuss the reason(s) for its Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 14, 15, 16, 17 and 18 ("Notice") (Doc. 29).

Accordingly, it is **ORDERED**:

    1.    A twenty minute hearing on the Motion (Doc. 30) and the Notice (Doc. 29) is hereby scheduled to take place on **August 20, 2012, at 2:00 p.m.** in Courtroom 5A before the undersigned.[1]

    2.    Counsel may appear in person or by telephone. To appear by

---

[1] Photo identification is required to enter the United States Courthouse. Cellular telephones and laptop computers are prohibited in the Courthouse. *See* M.D. Fla. R. 4.11(b).

telephone, Plaintiff's counsel must initiate the telephone conference by calling defense counsel, if any, and once every attorney who wishes to appear by telephone is on the line, Plaintiff's counsel must call the Court by dialing (904) 301-6814 at the scheduled time of 2:00 p.m.

      3.    In the event that counsel have a conflict with the above hearing date and time, Plaintiff's counsel shall coordinate with defense counsel, if any, two alternative dates and times during the period from August 20, 2012 through August 31, 2012, and provide those dates and times to the Court by filing a notice **on or before August 6, 2012**.

      **DONE AND ORDERED** at Jacksonville, Florida, on July 27, 2012.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record