UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                     CASE NO. 3:12-cv-336-J-99MMH-JBT

JOHN DOES 1-18,

    Defendants.
_____/

## ORDER

On August 20, 2012, the Court held a telephonic hearing on Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant (Doc. 30). In the Order setting the hearing, the Court stated that at the hearing Plaintiff should also be prepared to discuss the reason(s) for its Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 14, 15, 16, 17 and 18 ("Notice") (Doc. 29). (*See* Doc. 31 at 1.) As discussed at the hearing, the Court will allow Plaintiff to file a written response to the Court's inquiry regarding the subject Notice, which memorializes Plaintiff's position expressed at the hearing. Further, based on Plaintiff's representations at the hearing and Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 8 Only (Doc. 33), filed on the day of the hearing, Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant (Doc. 30), is due to be denied as moot.

Accordingly, it is **ORDERED**:

1. **On or before August 27, 2012**, Plaintiff may file a written response to the Court's inquiry in accordance with this Order.

2. Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant (**Doc. 30**) is **DENIED as MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, on August 20, 2012.

*/s/ Joel B. Toomey*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record