# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**PATRICK COLLINS, INC.,**

                **Plaintiff,**

v.                                                                  **Case No.  3:12-cv-334-J-32JBT**

**JOHN DOES 2-8,**

                **Defendants,**

---

**MALIBU MEDIA, LLC,**

                **Plaintiff,**

v.                                                                  **Case No.  3:12-cv-336-J-99MMH-JBT**

**JOHN DOES 1-18,**

                **Defendants,**

---

| | |
|---|---|
| **Counsel for Plaintiffs,** | M. Keith Lipscomb, Esquire |
| **Counsel for Defendant Doe 7, in 12-cv-334,** | Cynthia Ariel Conlin, Esquire |

| JUDGE | Joel B. Toomey U. S. Magistrate Judge | DATE AND TIME | 8/20/2012 2:08 p.m. - 2:50 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Tracee Perrotti | TAPE/REPORTER | Scott Gamertsfelder |

### CLERK'S MINUTES

**Proceedings:**           **HEARING ON MOTIONS**

Attorneys M. Keith Lipscomb and Cynthia Ariel Conlin are present telephonically.

Arguments of counsel.

[Continued to Page 2]

**Page 2**

Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant in 12-cv-336 (Doc. 30) will be **DENIED AS MOOT** and Plaintiff's First Motion for Extension of Time Within Which It Has to Effectuate Service on Doe Defendant in 12-cv-334 (Doc. 21) is **TAKEN UNDER ADVISEMENT**.

On or before August 27, 2012, Plaintiff may file a written response to the Court's inquiry regarding Notices of Voluntary Dismissal Without Prejudice filed in each case.

**Order to enter.**