**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

vs.                                     Case No. 3:12-cv-336-J-99MMH-JBT

JOHN DOES 1 - 18,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 14, 15, 16, 17 and 18 (Dkt. No. 29; Notice) filed on July 25, 2012. In the Notice, Plaintiff seeks dismissal, without prejudice, of the claims raised against Defendants John Does 1-7, 9, and 12-18. See Notice at 1. Upon review of the docket, the Court notes that these Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1. The claims raised against Defendants John Does 1-7, 9, and 12-18 are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate these Defendants from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida, this 28th day of August, 2012.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record